IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JULIE AREL, in her official capacity as Interim Commissioner of Health for the State of Vermont,**<br><br>*Defendant*. | No. 2:25-cv-00600-mkl<br><br>Judge: Hon. Mary Kay Lanthier<br><br><u>**HEARING REQUESTED**</u> |

## <u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") hereby seeks a preliminary injunction to enjoin enforcement of Vermont House Bill 266 ("H.B. 266"), to be codified at 18 VT Stat., chapter 91, subchapter 6. In support of this requested relief, PhRMA submits the accompanying memorandum of law in support of Plaintiff's motion for preliminary injunction.

PhRMA respectfully requests a hearing on this motion, and that the Court grant its request for a preliminary injunction enjoining enforcement of H.B. 266 pending a decision on the merits.

2

Dated:  July 29, 2025	Respectfully submitted,

s/ *David Pocius, Esq.*
David Pocius
Paul Frank + Collins P.C.
One Church Street
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
dpocius@pfclaw.com

10485141_1:16021-00001

2