UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIE AREL, in her official capacity as Interim Commissioner of Health for the State of Vermont,<br><br>Defendant. | Case No. 2:25-cv-00600 mkl |

## DEFENDANT'S PARTIAL MOTION TO DISMISS

Defendant, Julie Arel, by and through her counsel, the Office of the Vermont Attorney General, hereby moves to dismiss all aspects of Plaintiff's complaint, except for Plaintiff's preemption claim as to 18 V.S.A. § 4682(d), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. In support, Defendant relies on the accompanying memorandum of law.

DATED at Montpelier, Vermont, this 2nd day of September 2025.

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By:    /s/ *David Boyd*
David Boyd
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-0672
david.boyd@vermont.gov

Counsel for Defendant