## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> JULIE AREL, in her official capacity as Interim commissioner of Health for the state of Vermont, <br><br> *Defendant*. | Case No. 25-cv-600 <br><br> Judge Mary Kay Lanthier |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE AMERICAN HOSPITAL ASSOCIATION, 340B HEALTH, THE VERMONT ASSOCIATION OF HOSPITALS AND HEALTH SYSTEMS, AND THE AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS**
<u>**IN SUPPORT OF DEFENDANT**</u>

James M. Diaz (VT Bar No. 5014)
DARBY KOLTER & ROBERTS LLP
89 South Main Street
Waterbury, VT 05676
(802) 253-7165
jay@crossroadslawvt.com

William B. Schultz*
Margaret M. Dotzel*
Alyssa M. Howard*
Courtney Christensen*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com
ahoward@zuckerman.com
cchristensen@zuckerman.com

*\* pro hac vice motion forthcoming*

*Amici Curiae* the American Hospital Association, 340B Health, the Vermont Association of Hospitals and Health Systems, and the American Society of Health-System Pharmacists hereby move the Court for leave to submit their brief for the Court's consideration in connection with Defendant's Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and Motion to Dismiss. In support, *amici* state and allege as follows:

1. This case raises important issues affecting matters of public health in this District.

2. *Amici* and their members have a strong interest in the resolution of the questions of law raised by the Plaintiff's Complaint and Motion for Preliminary Injunction, in the particulars set forth in their brief.

3. The participation of *Amici* will assist and be useful to the Court in its evaluation of those issues and will not result in unfair prejudice to any party.

4. Counsel for *Amici* has advised the parties of their intention to file this brief. Defendant's counsel and Plaintiff's counsel have represented that they consent to the filing of this *amicus* brief.

5. The proposed brief of *Amici* is attached to this Motion as Exhibit 1.

WHEREFORE, *Amici Curiae* respectfully request that they be given leave to submit their brief in connection with Defendant's Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and Motion to Dismiss.

Dated: September 9, 2025                Respectfully submitted,

*/s/ James M. Diaz*
James M. Diaz (VT Bar No. 5014)
DARBY KOLTER & ROBERTS LLP
89 South Main Street
Waterbury, VT 05676
(802) 253-7165
jay@crossroadslawvt.com

William B. Schultz*
Margaret M. Dotzel*
Alyssa M. Howard*
Courtney Christensen*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com
ahoward@zuckerman.com
cchristensen@zuckerman.com

*Counsel for Amici Curiae*

*\* pro hac vice motion forthcoming*