UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIE AREL, in her official capacity as Interim commissioner of Health for the state of Vermont,<br><br>Defendant. | Case No. 2:25-cv-00600-mkl |

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion of the American Hospital Association, 340B Health, the Vermont Association of Hospitals and Health Systems, and the American Society of Health-System Pharmacists for Leave to File an *Amici Curiae* Brief, it is hereby

**ORDERED** that the Motion is **GRANTED**.

Dated: _____                          _____
                                                                                Hon. Mary Kay Lanthier
                                                                                United States District Judge