UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP 10 AM 9:10

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> JULIE AREL, in her official capacity as Interim commissioner of Health for the state of Vermont, <br> Defendant. | Case No. 2:25-cv-00600 |

## ORDER

Upon consideration of the Unopposed Motion of the American Hospital Association, 340B Health, the Vermont Association of Hospitals and Health Systems, and the American Society of Health-System Pharmacists for Leave to File an *Amici Curiae* Brief, it is hereby

**ORDERED** that the Motion is **GRANTED**.

Dated at Rutland, in the District of Vermont, this 10th day of September 2025.

_____
Hon. Mary Kay Lanthier
United States District Court Judge