UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JULIE AREL, IN HER OFFICIAL CAPACITY AS INTERIM COMMISSIONER OF HEALTH FOR THE STATE OF VERMONT,<br><br>Defendant. | Case No. 2:25-cv-00600 mkl |

**JOINT MOTION TO STAY ALL DISCOVERY AND SUBMISSION OF A PROPOSED DISCOVERY ORDER UNTIL DECISION ON MOTION TO DISMISS**

NOW COME the parties, by and through counsel, and hereby request that the Court enter an order staying discovery until an order from the Court on the pending Motion to Dismiss [ECF No. 21]. In further support thereof, Plaintiff offers the following.

1. Plaintiff filed suit on June 27, 2025, asserting numerous claims arising from the recently enacted Vermont House Bill 266 and its effect on the federal program known as the 340B Drug Pricing Program, 42 U.S.C. § 256b. ECF No. 1.

2. Following service, Defendants filed a Motion to Dismiss. ECF 21. Plaintiff filed an Opposition on October 2, 2025. ECF No. 39.

3. Per L.R. 26(a)(3), the parties must move forward with the filing of a proposed Discovery Schedule and discovery, even with a pending motion to dismiss, unless the Court permits a stay until it resolves the motion. The Court may grant such relief "if a stay or phasing [of discovery] will help secure the just, speedy, and inexpensive determination of the action." L.R. 26(a)(3).

4. The Parties agree that a stay of the submission of a proposed Discovery Schedule and discovery "will help secure the just, speedy, and inexpensive determination of the action." *Id*. For example, if the Court grants all or a portion of the pending motion, discovery will be more limited, focused, and less expensive, if needed at all.

5. Therefore, the Parties request a stay of the requirements to submit a proposed Discovery Schedule and move forward with discovery until the Court decides the pending Motion to Dismiss.

6. Upon a decision on the merits, the parties shall submit a proposed Discovery Schedule twenty-one (21) day after such a decision.

**WHEREFORE,** the Parties jointly request that the Court stay the requirements to submit a proposed Discovery Schedule and move forward with discovery until after the Court files a decision on the merits of the pending motion to dismiss. The Parties will thereafter submit a proposed Discovery Order twenty-one (21) days after such a decision.

DATED this 7th day of October, 2025.

                                        PAUL FRANK + COLLINS P.C.

                            By      */s/ David M. Pocius*
                                      David M. Pocius, Esq.
                                        P.O. Box 1307
                                        Burlington, Vermont 05401
                                        Telephone:  802-658-2311
                                        Fax:  802-658-0042
                                        dpocius@pfclaw.com

                                        Counsel for Plaintiff.

DATED this 7th day of October, 2025.

                                        STATE OF VERMONT
                                        CHARITY R. CLARK,
                                        ATTORNEY GENERAL

                            By      */s/ David Boyd*
                                        David Boyd
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        109 State Street
                                        Montpelier, VT 05609-1001
                                        (802) 828-0672
                                        david.boyd@vermont.gov

                                        Counsel for Defendants.

10535411_1:16021-00001